ORIGINAL

PETER B. CARLISLE 2209
Prosecuting Attorney
CHARLENE K. IKEDA 5210
Deputy Prosecuting Attorney
City and County of Honolulu
Alii Place
1060 Richards Street, 10th Floor
Honolulu, Hawaii 96813
Ph:   527-6569
FAX: 527-6546
Attorneys for State of Hawaii

LODGED
APR 2 6 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 2 6 2006
at __ o'clock and __ min __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>          )<br>Plaintiff,  )<br>          )<br>v.  )<br>          )<br>JAMES CARVALHO,  )<br>          )<br>Defendant.  )<br>          )<br>          )<br>_____ ) | CR. NO. 04-00294<br><br>ORDER REGARDING TEMPORARY TRANSFER OF CUSTODY TO THE STATE OF HAWAII REGARDING WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

ORDER GRANTING TEMPORARY TRANSFER OF
CUSTODY TO THE STATE OF HAWAII REGARDING
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon reading and filing of the Application for Temporary Custody to the State of Hawaii Regarding Writ of Habeas Corpus ad Prosequendum and good cause appearing therefor,

IT IS HEREBY ORDERED that the United States Marshal Service, District of Hawaii, temporarily transfer from time to time and as needed the physical custody of Defendant JAMES CARVALHO to State of Hawaii Officials, until the conclusion of State of Hawaii v. JAMES

CARVALHO, Criminal No. 02-1-1159. Upon the conclusion of the case, State of Hawaii Officials are to return the said Defendant back to the United States Marshal Service, District of Hawaii, on a mutually agreed upon date.

Dated: 4/26/06 at Honolulu, Hawaii.

_____
UNITED STATES MAGISTRATE JUDGE

United States v. JAMES CARVALHO
Cr. No. 04-00294
Order Regarding Temporary Transfer
of Custody to the State of Hawaii
Regarding Writ of Habeas Corpus ad
Prosequendum