

JAY T. KIMURA 2497
Prosecuting Attorney

MICHAEL S. KAGAMI  5317
Deputy Prosecuting Attorney
County of Hawaii
34 Rainbow Drive
Hilo, Hawaii 96720

Tel No. 961-0466

Attorneys for State of Hawaii

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 04-00294 SOM |
| | ) | |
| Plaintiff | ) | APPLICATION AND ORDER |
| | ) | REGARDING TEMPORARY |
| vs. | ) | TRANSFER OF CUSTODY TO |
| | ) | THE STATE OF HAWAII |
| JAMES CARVALHO, | ) | REGARDING WRIT OF HABEAS |
| | ) | CORPUS AD PROSEQUENDUM; |
| | ) | EXHIBITS "A" - "B"; AND ORDER |
| Defendant. | ) | |
| | ) | |

APPLICATION AND ORDER REGARDING TEMPORARY
TRANSFER OF CUSTODY TO THE STATE OF HAWAII
REGARDING WRIT OF HABEAS CORPUS AD PROSEQUENDUM

MICHAEL S. KAGAMI, Deputy Prosecuting Attorney for the County and State of Hawai'i, hereby moves the Honorable Court for an Order authorizing the temporary transfer of custody of JAMES CARVALHO, from the United States Marshal Service, District of Hawaii, to State of Hawaii Officials on February 16, 2007.

Defendant JAMES CARVALHO is now detained in the custody of the United States Marshal Service, District of Hawaii, pending movement to Bureau of Prisons.

Defendant JAMES CARVALHO has a resentencing before the Honorable Greg Nakamura, Judge of the Circuit Court of the Third Circuit, State of Hawaii, under Cr. No. 99-266, currently scheduled for February 16, 2007, at 11:30 a.m.

The State of Hawaii has received approval for a temporary transfer of custody from the Assistant United States Attorney handling the above matter. (See Exhibit "A")

This Application requests that the Court grant a temporary transfer of JAMES CARVALHO from the United States Marshal Service, District of Hawaii, to State of Hawaii Officials, based on the State of Hawaii's Petition for Writ of Habeas Corpus Ad Prosequendum filed on February 1, 2007, filed under Cr. No. 99-266, in the Circuit Court of the Third Circuit, State of Hawaii.  (See Exhibit "B)

Upon completion of said hearing, Defendant JAMES CARVALHO will be returned to the United States Marshal Service, District of Hawaii, that same day or as soon as possible thereafter.

DATED: Hilo, Hawaii, FEB - 2 2007                    .

By JAY T. KIMURA
Prosecuting Attorney


By _____
MICHAEL S. KAGAMI
Deputy Prosecuting Attorney
County of Hawaii