5412958
Case 1:04-cr-00294-SOM   Document 31-2   Filed 02/07/2007   Page 1 of 1
US ATTORNEYS OFFIC                                04:49:02 p.m.   01-31-2007    2/2
Jan. 31. 2007  4:16PM    HL PROS                              No. 1065   P. 1/1

JAY T. KIMURA
PROSECUTING ATTORNEY

CHARLENE Y. IBOSHI
FIRST DEPUTY
PROSECUTING ATTORNEY



34 RAINBOW DRIVE
HILO, HAWAI'I 96720
PH: 961-0466
FAX: 961-8908
934-3403
934-3603

WEST HAWAI'I UNIT
81-980 HALEKI'I ST, SUITE 150
KEALAKEKUA, HAWAI'I 96750
PH: 322-2552
FAX: 322-0584

## OFFICE OF THE PROSECUTING ATTORNEY

January 31, 2007

Ms. Beverly Wee Sameshima
Assistant U.S. Attorney
U.S. Attorney's Office
Prince Kuhio Federal Building
300 Ala Moana Blvd., Ewa Wing, 6th Floor
Honolulu, HI 96813

Dear Ms. Sameshima:

    Re: <u>State v. JAMES CARVALHO</u>
        Cr. No. 99-266

    I understand the above-named individual is currently in the custody of the federal government. The State of Hawaii has a pending case involving the same individual in the Third Circuit and would like your approval to take custody of this person on February 16, 2007. The State of Hawaii will retain custody of the Defendant for the Defendant's resentencing. Defendant will be returned to the custody of the U.S. Marshal immediately thereafter.

    Please sign below if you agree to this request and FAX a copy of this letter to me, FAX No. (808) 934-3403. Our office will then file a writ of habeas corpus ad prosequendum.

    Thank you for your cooperation in this matter.

Sincerely,

*Michael Kagami*
MICHAEL S. KAGAMI
Deputy Prosecuting Attorney

APPROVED:
*Beverly Wee Sameshima*
BEVERLY WEE SAMESHIMA
Assistant United States Attorney

EXHIBIT A

Hawai'i County is an Equal Opportunity Provider and Employer