JAY T. KIMURA  2497
Prosecuting Attorney

MICHAEL S. KAGAMI  5317
Deputy Prosecuting Attorney
County of Hawaii
34 Rainbow Drive
Hilo, HI  96720
Tel. No. 961-0466

Attorneys for State of Hawaii

FILED

2007 FEB -1  PM 1:12

L. CHINEN, CLERK
THIRD CIRCUIT COURT
STATE OF HAWAII

IN THE CIRCUIT COURT OF THE THIRD CIRCUIT

STATE OF HAWAII

| STATE OF HAWAII, | ) CR. NO. 99-266 |
|---|---|
| vs. | ) APPLICATION FOR WRIT OF<br>) HABEAS CORPUS AD |
| JAMES CARVALHO, | ) PROSEQUENDUM; ORDER<br>) DIRECTING ISSUANCE OF WRIT |
| Defendant. | ) OF HABEAS CORPUS AD<br>) PROSEQUENDUM; WRIT OF<br>) HABEAS AD PROSEQUENDUM |

APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE GREG NAKAMURA, JUDGE OF THE ABOVE-ENTITLED COURT:

Comes now the STATE OF HAWAII, by MICHAEL S. KAGAMI, Deputy Prosecuting Attorney of the County and State of Hawaii, and respectfully alleges as follows:

1. That JAMES CARVALHO has a case in the Circuit Court of the Third Circuit, Hilo, Hawai'i, Cr. No. 99-266;

2. That Defendant has a resentencing in Cr. No. 99-266 scheduled on February 16, 2007, at 11:30 a.m., before the Honorable Greg Nakamura, Judge of the Circuit Court of the Third Circuit;

I hereby certify that this is a full, true and correct copy of the original on file in this office.

L. Chinen

Clerk, Third Circuit Court, State of Hawaii


EXHIBIT B

3. That said Defendant is now imprisoned as a federal prisoner under the custody of the United States Marshal, District of Hawai'i, and is being detained at the Federal Detention Center, Honolulu, Hawaii; and

4. That in order to procure Defendant's presence in the Circuit Court of the Third Circuit, it is necessary that a Writ of Habeas Corpus ad Prosequendum be issued, pursuant to Chapter 660, Hawai'i Revised Statutes.

WHEREFORE, Applicant prays that the Clerk of this Court be directed to issue a Writ of Habeas Corpus ad Prosequendum commanding the:

United States Marshal, District of Hawai'i, or his/her deputy to make available to State of Hawai'i Officials on February 16, 2007, the body of JAMES CARVALHO; and

STATE OF HAWAII OFFICIALS, upon taking custody of said Defendant, to:

1. bring the said JAMES CARVALHO before the Honorable Greg K. Nakamura, Judge of the Circuit Court of the Third Circuit on February 16, 2007, at 11:30 a.m.;

2. return the said JAMES CARVALHO to the Custody of the United States Marshal, District of Hawai'i, that same day.

Dated: Hilo, Hawaii, _____FEB - 1 2007_____.

_____
MICHAEL S. KAGAMI
Deputy Prosecuting Attorney

ORDER DIRECTING ISSUANCE OF
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the Clerk of this Court be and hereby is instructed to issue the Writ of Habeas Corpus ad Prosequendum prayed for in the foregoing Application.

Dated: Hilo, Hawaii: FEB 1 2007 _____.

/s/ GREG K. NAKAMURA (Seal)
_____
Judge of the above-entitled court

IN THE CIRCUIT COURT OF THE THIRD CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| STATE OF HAWAII | ) CR NO. 99-266 |
| | ) |
| vs. | ) |
| | ) WRIT OF HABEAS CORPUS |
| JAMES CARVALHO, | ) AD PROSEQUENDUM |
| | ) |
| Defendant. | ) |
| | ) |

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: UNITED STATES MARSHAL, District of Hawai'i, or his/her Deputy; and STATE OF HAWAI'I OFFICIALS

GREETINGS:

We command that you, United States Marshal, District of Hawai'i, or your Deputy, produce the body of JAMES CARVALHO, who is being detained as a federal prisoner under your custody, to State of Hawai'i Officials on February 16, 2007;

STATE OF HAWAI'I OFFICIALS, upon taking custody of said Defendant, to:

1. Bring the said Defendant before the Honorable Greg Nakamura, Judge of the Circuit Court of the Third circuit, on February 16, 2007 at 11:30 a.m.;

2. Return the said Defendant to the custody of the United States Marshal, District of Hawai'i, that same day;

Upon completion of the above and conclusion of Cr. No. 99-266, it shall be deemed sufficient compliance with this writ.

      WITNESS the Honorable Greg Nakamura, Judge of the Circuit Court of the Third Circuit at Hilo, Hawaii, and the seal of said Court this 1st day of February, 2007.

DIANE M. KUNIMOTO (SEAL)
_____
Clerk, Circuit Court, Third Circuit
State of Hawaii

/s/ GREG K. NAKAMURA (Seal)
_____
Judge of the Circuit Court
Third Circuit, State of Hawaii