ORDER GRANTING TEMPORARY TRANSFER
OF CUSTODY TO THE STATE OF HAWAII
<u>REGARDING WRIT OF HABEAS CORPUS AD PROSEQUENDUM</u>

Upon reading and filing of the Application for Temporary custody to the State of Hawaii Regarding Writ of Habeas Corpus Ad Prosequendum, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States Marshal Service, District of Hawaii, temporarily transfer the physical custody of Defendant JAMES CARVALHO, to State of Hawaii Officials on February 16, 2007 for Defendant's resentencing under Cr. No. 99-266, before the Circuit Court of the Third Circuit on that date at 11:30 a.m. Upon the conclusion of said proceeding, State of Hawai'i Officials are to return said Defendant back to the United States Marshal Service, District of Hawaii.

DATED: Honolulu, Hawaii, 2·5·2007.

_____
UNITED STATES MAGISTRATE JUDGE

<u>United States of America v. JAMES CARVALHO</u>
Cr. No. 04-00294 SOM
Application and Order Regarding
Temporary Transfer of Custody
to the State of Hawaii RE: Writ
of Habeas Corpus Ad Prosequendum