

U. S. Department of Justice    CORRESPONDENCE

Federal Bureau of Prisons

*Federal Detention Center*

---

*Office of the Warden*                    P.O. Box 30547
                                          Honolulu, HI 96820

March 12, 2007

The Honorable Susan Oki Mollway
United States District Judge
District of Hawaii
300 Ala Moana Blvd
Honolulu, HI 96850

RE: CARVALHO, James
REG. NO. 89313-022
DOC. NO. 1:04CR00294-001

Dear Judge Mollway:

Thank you for your recommendation concerning James Carvalho, an inmate currently confined at the Federal Detention Center in Honolulu, Hawaii. On the Judgement and Commitment Order, you recommend that he participate in the following programs: Residential Drug Abuse Program (RDAP), medical treatment, and vocational and educational training.

Inmate Carvalho is currently serving an 84 month sentence and is projected for release on August 31, 2009, via Good Conduct Time. During his initial classification meeting, his unit team advised him of your recommendations, however, he respectfully declined from participation in the RDAP. Although he has declined from participating in the RDAP, he has agreed to participate in the 40-hour drug education class and other non-residential drug treatment programs that we offer at this facility.

Secondly, Health Services' staff will assess his medical needs and provide care as appropriate. Although we do not presently offer vocational training at FDC Honolulu, his unit team recommended that he participate in one of the adult continuing education programs that we offer.

Please be assured that we will monitor his progress in recommended programs. Regular program reviews by his unit team will ensure he completes drug and educational programs prior to his release from custody.

We appreciate the Court's recommendation and will be pleased to discuss this matter with you, should you desire. Please feel free to contact me at 838-4370.

Sincerely,

John T. Rathman
Warden

MAR 15 2007